UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-22979-CIV-WILLIAMS

EDG HOSPITALITY MIAMI
AIRPORT, LLC,

    Plaintiff,

v.

INDEMNITY INS. CO. OF N. AM., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 22) on Defendants' Motion to Dismiss (DE 16). Defendants filed no objections to the Report.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 22) is **AFFIRMED AND ADOPTED**.
2. Defendants' Motion to Dismiss (DE 16) is **DENIED**.
3. Defendants shall answer the Amended Complaint within 14 days of the date of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>1st</u> day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE